```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

CAROLYN L. SCHREFFLER,          :        CIVIL ACTION
                                :
        v.                      :
                                :
                                :
WAL-MART STORES, INC.,          :        No. 02-3596

**NOTICE OF DISCOVERY CONFERENCE**

TO RESPONDING PARTY:

1.      A motion to compel discovery (the "Motion") has been filed by Defendant.  The Motion claims you have failed to either respond or object to a discovery request on a timely fashion.

        1.   The Court has scheduled a telephone conference to discuss the Motion(s) on **October 25, 2002** at **9:00 a.m.**  The moving party is to initiate the call and call chambers (215-597-4073) once the responding party is on the line.

        2.   You may file a response to the Motion with a copy delivered to chambers within forty-eight (48) hours prior to the date of the conference.

        3.   If you produce the requested discovery prior to the date of the conference, upon notice to the Court, by the moving party that the discovery dispute has been resolved the conference will be canceled and the Motion will be denied as moot.  Any request for counsel fees by the moving party will be considered at the conclusion of the litigation.

        4.   If you fail to produce the requested discovery on or before the date of the telephone conference, and in the event

the Court grants the Motion, sanctions may be imposed upon you, including costs and counsel fees.  Fed. R. Civ. P. 37.

      6.   This Notice shall serve as notice to all parties.

ATTEST:                                  or        BY THE COURT

BY:_____           _____
      Deputy Clerk                            Judge

**DATE: 16th** day of **October,**  2002