IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROLYN L. SCHREFFLER, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WAL-MART STORES, INC., | : | NO. 02-3596 |

**O R D E R**

AND NOW, this **23rd** day of **October 2002,** it is Ordered that the Telephone Discovery Conference initially scheduled on October 25, 2002 is **RESCHEDULED** on **October 31, 2002 at 9:00 a.m.**

ATTEST:                             or     BY THE COURT


BY:_____      _____
Deputy Clerk                         Judge

C.V. 12 (4/99)

cc via Fax:

J. Davy Yockey, Esq.
Courtney Seda McDonnell, Esq.