IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CAROLYN L. SCHREFFLER          :          CIVIL ACTION
                               :
          v.                   :
                               :
WAL-MART STORES, INC.          :          NO.  02-3596

**O R D E R**

AND NOW, this 25th day of October, 2002, it is Ordered that the telephone discovery conference scheduled for October 31, 2002 is **continued** to **October 29, 2002 at 9:00 a.m.,** with the Honorable Eduardo C. Robreno.

Counsel for the defendant shall initiate the telephone conference and call Chambers at (215) 597-4073 when all parties are on the line.

ATTEST:                    or    BY THE COURT


BY:_____    _____
Deputy Clerk                        Judge

C.V. 12 (4/99)

faxed to: Courtney Seda McDonnell, Esq.
          J. Davy Yockey, Esq.