IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROLYN SCHREFFLER, | : | CIVIL ACTION |
| | : | NO. 02-3596 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| WAL-MART STORES, INC. | : | |
| | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this **29th** day of **October, 2002,** after a telephone conference in which counsel for both parties participated, it is hereby **ORDERED,** that defendant's motion to compel deposition of plaintiff (doc. no. 7) is **GRANTED in part** and **DENIED in part** as follows:

    1.  Discovery shall proceed on the basis established by the court.

    2.  Defendant's request for attorney's fees is **DENIED.**

**It is FURTHER ORDERED** that the arbitration scheduled for October 30, 2002 will be **CONTINUED** for sixty days.  The clerk shall issue a revised notice of arbitration hearing.

    **AND IT IS SO ORDERED.**

_____

                                                    **EDUARDO C. ROBRENO, J.**

**EDUARDO C. ROBRENO, J.**