IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROLYN L. SCHREFFLER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 02-3596 |
| WAL-MART STORES, INC. | : | |
| | : | |

### NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on December 11, 2002.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

                                              Michael E. Kunz
                                              Clerk of Court

*Continued from Oct. 30, 2002 per Judge

By:_____
Crystal Wardlaw
Deputy Clerk
Phone:267-299-7073

Date:<u>November 12, 2002</u>

Copies:    Constantine S. Flores, Courtroom Deputy to Judge Eduardo C. Robreno
              Docket Clerk - Case File

              Counsel:        J. Davy Yockey, Esq.
                               Courtney Seda McDonnell, Esq.
              Arbitrators:   Lawrence Richman, Esq.
                               Joseph Lombardo, Esq.
                               Linda Moy, Esq.

ARB2.FRM