IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION |
| CAROLYN SCHREFFLER | : |  |
|  | : |  |
| v. | : |  |
| WAL-MART STORES, INC. | : |  |
|  | : | NO. 02-3596 |

**CIVIL JUDGMENT**

BEFORE JUDGE ROBRENO

      AND NOW, this        day of                    ,            , it appearing that an Arbitration Award was entered and filed on December 13, 2003, and that 30 days have elapsed from the entry of the award without any party demanding a trial *de novo*, it is hereby

      ORDERED, that in accordance with the Arbitration Award and Local Civil Rule 53.2, Section 6, judgment is entered in favor of plaintiff and against defendant in the amount of $38,250.00.

ATTEST:                                  OR                              BY THE COURT:

By:_____                                                   _____
Deputy Clerk                                                          EDUARDO C. ROBRENO, J.

ARB 16